1
2
3
4
5
6
7

8                                       UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                        No. 2:24-cv-03034-WBS-CSK

IN RE:  STEVEN WAYNE BONILLA

12                                                        No. 2:24-cv-03038-WBS-CSK

13                                                        No. 2:24-cv-03039-WBS-CSK

14                                                        No. 2:24-cv-03041-WBS-CSK

15                                                        No. 2:24-cv-03043-WBS-CSK

16                                                        No. 2:24-cv-03045-WBS-CSK

17                                                        No. 2:24-cv-03047-WBS-CSK

18                                                        No. 2:24-cv-03048-WBS-CSK

19                                                        No. 2:24-cv-03049-WBS-CSK

20                                                        No. 2:24-cv-03052-WBS-CSK

21
22
23                                                        **ORDER**

24
25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1 proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2 Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4 the Court to open a new case for each attempted new pleading and assign it to the Court for

5 review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6 Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8 finds they are related to Plaintiff's Alameda County criminal conviction.

9        Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03034, 2:24-cv-03038, 2:24-cv-

10 03039, 2:24-cv-03041, 2:24-cv-03043, 2:24-cv-03045, 2:24-cv-03047, 2:24-cv-03048, 2:24-cv-

11 03049 and 2:24-cv-03052 are DISMISSED; the Clerk of the Court is directed to close these cases.

12 No further filings will be accepted.

13 Dated:  November 20, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2